ULRICE LESSER, Appellant, *v.* F. E. PERKINS, Respondent.

(Argued June 19, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of defendant entered upon a verdict.

*Lewis Sanders* for appellant.

*Flamen B. Candler* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

FRANK L. WARRIN, Appellant, *v.* JOHN E. VAN NOSTRAND, as Supervisor, etc., et al., Respondents.

(Argued June 20, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 18, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term, and affirmed an order making Michael Toner a party defendant.

*Henry C. Willcox* for appellant.

*Joseph A. Burr, Jr.,* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.